# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARLA KEMP**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**INSURANCE SUPERMARKET, INC.**,<br><br>Defendant.<br>_____/<br>**INSURANCE SUPERMARKET, INC.**,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>**DIGITAL THRIVE, LLC, EXCEL IMPACT, LLC, and JOHN DOE,**<br><br>Third-Party Defendants.<br>_____/ | Case No. 1:22-cv-21529-FAM |

## THIRD-PARTY DEFENDANT EXCEL IMPACT LLC'S CORPORATE DISCLOSURE STATEMENT

Third-Party Defendant Excel Impact, LLC ("Excel Impact"), by and through undersigned counsel, respectfully submits the following Corporate Disclosure Statement.

**I.  Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Excel Impact states there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

*Corporate Disclosure Statement*
Case No. 1:22-cv-21529-FAM

Dated: September 27, 2022

Respectfully submitted,

STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By: */s/ Jorge A. Perez Santiago*
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.co

-and-

COPILEVITZ, LAM & RANEY, P.C.
William E. Raney, MO #46954 (*Pro hac vice to be submitted*)
Kellie Mitchell Bubeck, MO #65573 (*Pro hac vice to be submitted*)
Colin Gregory, MO# 72820 (*Pro hac vice to be submitted*)
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@clrkc.com
   kbubeck@clrkc.com
   cgregrory@clrkc.com

*Attorneys for Third-Party Defendant Excel Impact, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

By: */s/ Jorge A. Perez Santiago*
JORGE A. PEREZ SANTIAGO