UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21529-FAM

MARLA KEMP, on behalf of herself
and others similarly situated,

        Plaintiff,

vs.

INSURANCE SUPERMARKET, INC.,

        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INSURANCE SUPERMARKET, INC.,

        Third-Party Plaintiff

vs.

DIGITAL THRIVE, LLC, a Texas Limited Liability Company, and EXCEL IMPACT, LLC, a Delaware Limited Liability Company, and John Doe,

        Third-Party Defendants.
_____/

**THIRD-PARTY PLAINTIFF, INSURANCE SUPERMARKET, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT DIGITAL THRIVE, LLC**

**Case No. 1:22-cv-21529-FAM**

COMES NOW the Third-Party Plaintiff, Insurance Supermarket, Inc. by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal Without Prejudice as to Defendant, DIGITAL THRIVE, LLC.

Third-Party Plaintiff is entitled to voluntarily dismiss the Defendant, Digital Thrive, LLC, since the Defendant has not filed an answer or motion for summary judgment. In accordance with Rule 41(a), this dismissal is without prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Case No. 1:22-cv-21529-FAM**

DATED this 6th day of October, 2022.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone: (407) 246-8440

By:   */s/ Amanda A. Simpson*
      Amanda A. Simpson
      Florida Bar No. 0072817
      amanda.simpson@jacksonlewis.com

      Lin J. Wagner
      Florida Bar No. 0093138
      lin.wagner@jacksonlewis.com

      Jason C. Gavejian
      *Appearing Pro Hac Vice*
      JACKSON LEWIS P.C.
      200 Connell Drive, Suite 2000
      Berkeley Heights, NJ 07922
      (908) 795-5200
      jason.gavejian@jacksonlewis.com

Attorneys for Defendant/Third-Party Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.

        */s/ Amanda A. Simpson*
        Amanda A. Simpson

Case No. 1:22-cv-21529-FAM

## SERVICE LIST

Avi R. Kaufman, Esquire
Florida Bar No. 84382
kaufman@kaufmanpa.com
Rachel E. Kaufman, Esquire
Florida Bar No. 87406
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Highway, 4th FL
Coral Gables, FL 33133
(305) 469-5881

Attorneys for Plaintiff

William E. Raney, Esq.
Colin Gregory, Esq.
Copilevitz, Lam & Raney, P.C.
310 W. 20th, Suite 300
Kansas City, MO 64108
(816) 277-0856
braney@clrkc.com
cgregory@clrkc.com

Jorge A. Perez Santiago, Esuqire
Stumphauzer Kolaya Nadler & Sloman, PLLC
One Biscayne Tower
2 South Biscayne Tower, Suite 1600
Miami, FL 33131
(305) 614-1406
jperezsantiago@sknlaw.com

Attorneys for Excel Impact, LLC

4867-9363-9734, v. 1